John ADAMS and Gerald McConahy, Intervening Creditors, Appellants, v. CITY OF SARASOTA, FLORIDA, a Municipal Corporation, a Municipal Debtor, Appellee.

No. 8060.

Circuit Court of Appeals, Fifth Circuit.

Oct. 24, 1936.

Before FOSTER, SIBLEY, and HUTCHESON, Circuit Judges.

PER CURIAM.

The petition for rehearing in the above numbered and entitled cause is denied.

Emmett F. ANNIS, Appellant, v. FIRST BOND & MORTGAGE COMPANY, Appellee.

No. 8357.

Circuit Court of Appeals, Ninth Circuit.

Oct. 19, 1936.

Raphael Dechter, of Los Angeles, Cal., for appellant.

Smith & Farrar, of Los Angeles, Cal., for appellee.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed, that a decree of dismissal be filed and entered accordingly, and mandate issued forthwith.

ÆTNA CASUALTY & SURETY COMPANY, Appellant, v. Walter DE FRERES, doing Business as De Freres Construction Company.

No. 10747.

Circuit Court of Appeals, Eighth Circuit.

Sept. 28, 1936.

John M. Bradford, Carl W. Cummins, and Ray E. Cummins, all of St. Paul, Minn.; for appellant.

Boyles & Jacobson, of Minneapolis, Minn., for appellee.

PER CURIAM.

Appeal dismissed with prejudice, without costs to either party in this court, per stipulation of parties.

James C. BLYTHE v. Edward L. DOHENY et al.

No. 8324.

Circuit Court of Appeals, Ninth Circuit.

Sept. 8, 1936.

L. Frank Ottofy, of Los Angeles, Cal., for appellant.

Wellborn & Wellborn, of Los Angeles, Cal., for appellees.

Before DENMAN and MATHEWS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed, with prejudice, that a judgment of dismissal be filed and entered accordingly, and the mandate of this court issued forthwith.